Respondent.— Writ dismissèd and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Michael Clancy, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. John J. Moore, Relator, v. Arthur Woods, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Charles G. Moller, Appellant, v. Jane Sommer, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, ·Scott, Dowling and Hotchkiss, JJ.

Frederick Schnatz and Another, Respondents, v. Henry H. Jackson, Appellant, Impleaded with George J. Schnatz, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Swift & Company, Incorporated, Appellant.— Judgment affirmed. No opinion. Present -- Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. John A. Ball, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. George Hotchkiss & Company, Limited, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York, Respondent, v. Swift & Company, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Joseph E. Brady, Relator, v. James C. Cropsey, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Daniel D. Sullivan, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

John Brady v. Interborough Rapid Transit Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

John Brady v. Interborough Rapid Transit Company.— Motion denied,